■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE CROMARTIE.— Motion· to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ LUCILE M. FERGUSON v. 444 WEST 55TH STREET CORPORATION et al.— Motion granted to the extent of permitting the appellant to serve a copy of the notice of appeal upon the respondent, Joseph B. Ferguson, Sr. or his attorney, on or before June 15, 1959, nunc pro tunc as of September 12, 1958, and upon such service the said appeal be and the same hereby is reinstated; and it is further ordered that the bill of exceptions filed in the office of the clerk of this court by the appellant on the first day of April, 1959, be and the same is hereby remanded back to the Supreme Court, New York County, for resettlement before the Trial Justice on notice to the respondent, Joseph B. Ferguson, Sr., in accordance with rules 229 to 232 of the Rules of Civil Practice. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KANE against SUPERINTENDENT OF THE BELLEVUE HOSPITAL PRISON WARD.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of PATRICK J. TWOMEY against LEONARD CALVELLO.— Motion denied upon the ground that there is no authority for the granting of the relief requested and even if there were there is no need therefor. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

## (June 10, 1959)

■ In the Matter of GABRIEL GENOVESE, Petitioner, against JOHN A. MULLEN, as Judge of the Court of General Sessions, Respondent.— Proceeding added to the foot of the Enumerated Calendar for June 10, 1959, to be submitted by both parties without oral argument. The petitioner is granted permission to file a replying affidavit or memorandum on or before June 10, 1959 at 4:00 P.M. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.